**No. 67433.**—F. W. Woolworth Co. et al. v. United States, protests 61/20856, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls on stems similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.

**No. 67434.**—Thornley & Pitt and Amthor Imports et al. v. United States, protests 61/4858, etc. (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of brass lotus flower holders similar in all material respects to those the subject of *Wing On Co. et al.* v. *United States* (47 Cust. Ct. 122, C.D. 2291), the claim of the plaintiffs was sustained.